IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DS-IQ, INC., | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-910 (RGA)(CJB) |
| | ) |
| SAVINGSTAR, INC., | ) |
| | ) |
|         Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff DS-IQ, Inc. hereby dismisses its complaint with prejudice, with each Party to bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff DS-IQ, Inc.*

OF COUNSEL:

Daralyn J. Durie
Ryan M. Kent
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111-3007
(415) 362-6666

June 7, 2012
5967272.1